IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JOHNNY W. HALL**                                                                                       **PLAINTIFF**

**V.**                                                                              **CA NO. 3:04CV576-HTW-JCS**

**LINCOLN COUNTY, MISSISSIPPI; LINCOLN
COUNTY SHERIFF'S DEPARTMENT; AND
JAMES W. CALCOTE, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITIES**                                                          **DEFENDANTS**

## FINAL ORDER OF DISMISSAL

This day this cause came on to be heard on motion *ore tenus* of the parties for a dismissal of this action, and it being known to the Court that the parties have fully and finally compromised and settled this matter, and the Court, having considered said motion and being fully advised in the premises, is of the opinion and finds that the motion should be granted.

IT IS, THEREFORE, ORDERED, that this cause be and the same is hereby dismissed with prejudice, with each party to bear its own costs.

SO ORDERED this the 15th day of August, 2006.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE

**APPROVED BY:**

/s/ Eduardo A. Flechas
EDUARDO A. FLECHAS, ESQ.
ATTORNEY FOR PLAINTIFF

/s/ Robert O. Allen
ROBERT O. ALLEN, ESQ.
ATTORNEY FOR DEFENDANTS